# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 18-10125 SK |
| Title | Star Fabrics, Inc. v. Tazga et al |
| Date | April 3, 2019 |

Present: The Honorable Steve Kim

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: DISMISSAL

Plaintiff filed a notice of voluntary dismissal. (Docket # 17.) This action is dismissed.